IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN KYLE CREWS, ENS
LEGIS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

CASE NO. 1D14-3502

v.

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed October 6, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Steven Kyle Crews, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.  See Fla. R. App. P. 9.141(c)(5)(A).

THOMAS, ROBERTS, and ROWE, JJ., CONCUR.